UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                    21 Cr. 599 (ALC)

**ORDER**

-against-

Jose Luis Tejada Aybar et al,

                    Defendants.,
-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    At the October 28, 2021 arraignment, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until January 18, 2022 to allow the defendants to review the voluminous discovery and, contemplate the filing of motions.

    The Court finds that the interests of justice are served by such an exclusion to allow the defendants to review the voluminous discovery and, contemplate the filing of motions and, that those interests outweigh the interests of the defendants and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from October 28, 2021 through January 18, 2022 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       October 28, 2021

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE