**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/26/22

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> Re:    United States v. Jose Luis Tejada Aybar and Martin Perez, S1 21 Cr. 599 (ALC)

Dear Judge Carter:

The Government writes, with the consent of defendants Jose Luis Tejada Aybar and Martin Perez, to request that the status conference scheduled for June 2, 2022 at 12:30 p.m. be adjourned until the last week of June. The parties are in advanced discussions of a potential pretrial resolution and hope to complete those discussions in the next month. If the Court grants the adjournment, the Government further requests that Speedy Trial time be excluded until the next conference date, so that the parties may continue their plea negotiations.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc:    Robert Blossner, Esq. and Paul Lieber, Esq., counsel to Jose Luis Tejada Aybar (*by ECF*)
       Martin Cohen, Esq., counsel to Martin Perez (*by ECF*)

The application is **GRANTED.**  Status conference adjourned to 6/28/22 at 12:00 p.m.   Time excluded from 6/2/22 to 6/28/22 in the interest of justice.
So Ordered.

*[signature]* 5/26/22

2019.07.08