USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/10/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : 21-CR-599 (ALC) |
| -against- | : |
| | : **ORDER** |
| JOSE LUIS TEJADA AYBAR, | : |
| Defendant. | : |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A status conference is set for August **11, 2022** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
         **August 10, 2022**

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**