```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-3-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JOSE LUIS TEJADA AYBAR,

               Defendant.
------------------------------------------------------------ x

21 CR-599 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea hearing is scheduled for **November 21, 2022** at **1:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           November 3, 2022

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**