UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

JOSE LUIS TEJADA AYBAR,

                    Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-7-22

21-CR-599 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Change of Plea Hearing scheduled for December 9, 2022 is adjourned to **December 14, 2022** at **2:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            December 7, 2022

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**