USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-27-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                            Plaintiff,

    -against-

JOSE LUIS TEJADA AYBAR,

                            Defendant.

------------------------------------------------------------------ x

21-CR-599 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Final Pre-Trial Conference scheduled for January 26, 2023 at 2:00 p.m. is

ADJOURNED.

SO ORDERED.

Dated:    New York, New York
             December 27, 2022

                                                _____
                                                ANDREW L. CARTER, JR.
                                                United States District Judge