**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2023

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/26/23__

Re:  **United States v. Jose Luis Tejada Aybar**, S1 21 Cr. 599 (ALC)

Dear Judge Carter:

On April 4, 2023, the Court endorsed the proposal of the parties that the defense file its sentencing submission by April 24 and the Government file its sentencing submission by May 1; and the Court set sentencing for May 23 at 2:00 p.m. (Dkt. 90). After conferring with counsel for defendant Jose Luis Tejada Aybar, the Government understands that the defense requires more time to prepare its sentencing submission. Accordingly, the parties respectfully request that the defense be permitted to file its sentencing submission by May 9 and the Government file its sentencing submission by May 16. If acceptable to the Court, the parties are prepared to proceed with sentencing on May 23 as scheduled.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc: John Russo, Esq. (*by ECF*)

The entire application is **GRANTED**.
So Ordered.

*[signature]* 4/26/23