**MEMO ENDORSED**

# J.L. Russo, P.C.
31-19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718·777·1277
Fax: 718·204·2310
Email: *JLRussoPC@Gmail.com*

**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/17/23

May 15, 2023

**VIA ECF ONLY**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: United States v. Jose Luis Tejada Ayabar
    21 Cr. 599-01(ALC)

Dear Judge Carter:

  This office represents **Jose Luis Tejada Ayabar**, a defendant in the above referenced matter, which is on for sentencing on May 23, 2023. **We write to request a 60 day adjournment of the sentence (to mid-July)** as the Client has not yet "signed off" on the defensne sentencing memorandum; which is important as there has been productive discussions with the Government regarding the sentencing submissions in an effort to avoid a "Fatico" type hearing prior to sentencing.

  I have advised the Government and AUSA Alexander Li does not object to this request. The Court's consideration of this request is respectfully appreciated.

          Yours truly,

          *John Russo*

          John L. Russo

JLR:mn
Cc: AUSA Alexander Li

The application is **GRANTED**. The sentencing is adjourned to 7/20/23 at 12:00 p.m.
So Ordered.

*Andrew L. Carter* 5/17/23