**MEMO ENDORSED**

# J.L. Russo, P.C.

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/24

January 5, 2024

**VIA ECF ONLY**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: United States v. Jose Luis Tejada Ayabar
           21 Cr. 599-01(ALC)

Dear Judge Carter:

    This office represents **Jose Luis Tejada Ayabar**, a defendant in the above referenced matter, which is on for sentencing on January 11, 2024. **We write, with the consent of the Government (AUSA Li) to request a 45 day adjournment of the sentence (to late February**) as there was an extensive delay in reviewing the final draft of Mr. Tejada Aybar's sentencing submission and the undersigned is now engaged in a a homicide trial in the Bronx which is scheduled to run through the end of January *(People v. Guzman,* Justice Guy Mitchell). We intend to have filed, by the end of January, our pre-sentencing submission which may result in a Fatico type hearing, and further consideration ,prior to sentencing, by the Court.

    As stated above, the Government (AUSA Alexander Li) does not object to this request. **The Court's consideration of this request is respectfully appreciated.**

                      Yours truly,

                      *John Russo*
                      John L. Russo

Cc: AUSA Alexander Li

The application is **GRANTED**. The sentencing is adjourned to 2/27/24 at 2:00 p.m. So Ordered.

*[signature]*
01/10/24